# CASE ANNOUNCEMENTS

*November 7, 2013*

[Cite as *11/07/2013 Case Announcements*, 2013-Ohio-4899.]

## MOTION AND PROCEDURAL RULINGS

**2013–0096. Cleveland v. McCardle.**
Cuyahoga App. Nos. 98230 and 98231, 2012-Ohio-5749. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the joint motion for divided argument time of appellant and amicus curiae, state of Ohio, it is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.

**2013–1508. Huelsman v. Grosz.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo.

Upon consideration of relators' motion for mediation and/or arbitration, it is ordered by the court that the motion for mediation is denied.

**2013–1551. Clareshire Court Condominium Unit Owners' Assn. v. Montilla.**
Cuyahoga App. No. 97024, 2013-Ohio-3911. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion to dismiss/strike, it is ordered by the court that the motion is denied as moot.

**2013–1570. Jacobson v. Jonathan Paul Eyewear.**
Lake App. No. 2012–L–088, 2013-Ohio-3570. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's notice of inadvertent delay of service, it is ordered by the court that appellee shall be permitted to file its memorandum in response to jurisdiction no later than December 2, 2013.

**2013–1717. State v. Quarterman.**
Cuyahoga App. No. 99317, 2013-Ohio-4037. This cause is pending before the court as a jurisdictional appeal.

Review of appellant's memorandum in support of jurisdiction reveals that it fails to comply with S.Ct.Prac.R. 7.03(B), which requires that a memorandum "shall not exceed fifteen numbered pages, exclusive of the certificate of service." Therefore, it is ordered by the court, sua sponte, that pages 16 through 21 of the memorandum in support of jurisdiction are stricken.

## MISCELLANEOUS DISMISSALS

**2013–1226. Green v. Chesapeake Exploration, L.L.C.**
Stark App. No. 2013CA00075. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.